# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JOSE COBOS,

    *Plaintiff*,

v.

UNITED AIRLINES, INC.,

    *Defendant*.

CASE No.: 6:25-cv-02333-ACC-LHP

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

**Case Name**: *Tracy Brown et al v. United Airlines Inc. ("related action")*
**Filed**: September 23, 2024
**Court**: *United States District Court for the Northern District of Texas (Fort Worth)*
**Case Number**: 4:24-cv-00902
**Judge Assigned**: *Chief District Judge Reed O'Connor*

**Description of Relationship**: This action is related to *Tracy Brown et al. v. United Airlines, Inc., No.* 4:24-cv-00902 (N.D. Tex.), a mass action challenging United's COVID-19 vaccine mandate under Title VII and the ADA. Plaintiff Jose Cobos is also a plaintiff in Brown and asserts the same general allegations he raises before this Court—namely, that United discriminated against him because of his religious beliefs and retaliated against him in violation of Title VII. The related action is currently subject to an administrative stay, and United's motions to dismiss and to transfer the related action to the Northern District of Illinois remain pending.

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Dated: February 4, 2026.

Respectfully submitted,

/s/ Miguel A. Morel
Miguel A. Morel (FBN 89163)
mamorel@littler.com
LITTLER MENDELSON P.C.
100 SE 2nd Street, Suite 4300
Miami, Florida 33131
Tel: 305.400.7500

Desmond K. Scott Nichols (FBN 1038825)
dnichols@littler.com
111 N. Orange Ave., Suite 1750
Orlando, Florida 32801
Tel: 407.393-2900

***Attorneys For Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2026, a true and correct copy of the foregoing was filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

By: */s/ Miguel A. Morel*
Miguel A. Morel

## SERVICE LIST

*Counsel for Plaintiff*
Russell Monilla
Russell@tiffanycruzlaw.com
Tiffany R. Cruz
Tiffany@tiffanycruzlaw.com
Kevin Kostelnik
Kevin@tiffanycruzlaw.com
Cruz Law Firm, P.A.
325 N. Calhoun St.
Tallahassee, FL 32301
Telephone: 850-701-8838